In the Matter of the Application of LUCY S. C. JOHNSTON, Respondent, v.

* See U. S. Const. 14th Amendt. § 1; State Const. art. 1, § 6.— [REP.

† See Charter of City of New Rochelle (Laws of 1910, chap. 559), § 281 et seq., as amd.; Id. § 287, as amd. by Laws of 1921, chap. 596.— [REP.

LOUIS BERKOWITZ, Appellant.— Final order of the County Court of Nassau county, and order denying motion to vacate and set aside said order, unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ.